FILED

JUL 20 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

Anwan K. Tucker

_____

_____

*Plaintiff/Petitioner(s)*

v.

Sanigamoni County Sheriffs Dept

C/O A. Stone

*Defendant/Respondent(s)*

Case Number: 18-1420-JPG

(Clerk's Office will provide)

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act,
28 U.S.C. §§1346, 2671-2680, or other law

I.    **JURISDICTION** #47903

**Plaintiff:** Anwan K. Tucker 1# Sheriffs Plaza Springfield, IL 62701

A.    Plaintiff's mailing address, register number, and present place of confinement.

**Defendant #1:**

B.    Defendant Sanigamoni County Sheriffs Dept is employed as
(a)    (Name of First Defendant)

Jail
(b)    (Position/Title)

with 1# Sheriffs Plaza Springfield, IL 62701
(c)    (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?    ☒ Yes    ☐ No

If your answer is YES, briefly explain:  The Sanigamoni County Sheriffs Dept.

(Rev. 7/2010)                                        1

**Defendant #2:**

C.    Defendant _____A. Stone_____is employed as

(Name of Second Defendant)

_____Corrections officer_____

(Position/Title)

with _____Sanigamon County Sheriffs Dept_____

(Employer's Name and Address)

_____1# Sheriffs Plaza Springfield, IL 62701_____

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?    ☒ Yes    ☐ No

If you answer is YES, briefly explain: working second shift at The Sanigamon County Sheriffs Dept, C/o A. Stone

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).



II.   **PREVIOUS LAWSUITS**

A.   Have you begun any other lawsuits in state or federal court relating to your imprisonment?                ☒ Yes      ☐ No

B.   If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint.</u>

1.   Parties to previous lawsuits:
Plaintiff(s):   Anwan K. Tucker

Defendant(s):   Sangamon County Sheriffs Dept

US. District Court/Central District of IL

2.   Court (if federal court, name of the district; if state court, name of the county):

3.   Docket number:   3:18-cv-03143-CSB / 3:18-cv-03138 SLD

4.   Name of Judge to whom case was assigned:   Colin Stirling Bruce/Sara Darrow

5.   Type of case (for example: Was it a habeas corpus or (civil rights) action?):

6.   Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

7.   Approximate date of filing lawsuit:   6/15/2018   6/8/2018
3:18-cv-03143-CSB / 3:18-cv-03138 SLD)

8.   Approximate date of disposition:



III.   **GRIEVANCE PROCEDURE**

A.   Is there a prisoner grievance procedure in the institution? ☒ Yes   ☐ No

B.   Did you present the facts relating to your complaint in the prisoner
grievance procedure?                                    ☒ Yes   ☐ No

C.   If your answer is YES,
1.   What steps did you take?   I GRIEVANCE THE matTER

2.   What was the result?   THEY will SEE That ToileT papER is passed
ouT oN SEcoNd shiFt But caNiT REimbuRSE
mE for my ~~~~~~ T-Shirt,

D.   If your answer is NO, explain why not.

E.   If there is no prisoner grievance procedure in the institution, did you
complain to prison authorities?                    ☐ Yes   ☐ No

F.   If your answer is YES,
1.   What steps did you take?

2.   What was the result?

G.   If your answer is NO, explain why not.

H.   Attach copies of your request for an administrative remedy and any
response you received.  If you cannot do so, explain why not:
EveRyThing is did by computER hERE, so you havE To filE
GRiEVaNcE ovER ThE phoNE hRVRR. And ThEy REfusE
To pRint off any copiEs of GRiEVaNcE. I havE my
GRiEVaNcE savE'd oN ThE phoNE. CoNfiRmatioN NumbER
64921964
64941732

IV.    **STATEMENT OF CLAIM**

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

ON Sunday June 10th 2018. C/o A. Stone was working L-Block That I was housed on and at the time of the incident I was Locked in my cell. I begged and pleaded C/o A. Stone for a Roll of Toilet paper to wipe my Butt because I had no Toilet paper and had to use the Toilet very badly. C/o A. Stone tells me "No" and That It's not his problem and (so) I had to use one of my T-Shirts to wipe my Butt and flush It down the Toilet. Any other time the C/o's usually get Toilet paper for inmates when they Run out. It was cruel, Evil, spiteful, inconsiderate, inhumane, insanitary, unhygienic, unhealthy and unChristian. It made me feel very degrading and brought Tears to my eyes That I was being Treated This way.

I did Grievance This matter and ask'd That C/o A. Stone be Reprimanded and they Refuse to do That. I ask'd for my T-shirt to be Reimburse and They Refuse to do That. (And So) I had no-other choice But to sue Because what happen'd to me shouldnT have happen'd and shouldnT happen To any other inmate.

C/o A. Stone has been Known to be somewhat of a Racist, here at the Sangamon County Sheriffs Dept. (Jail)

(Rev. 7/2010)                                          5

V.    **REQUEST FOR RELIEF**

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

Sangamon County Sheriff's Dept. $50,000

C/O A. Stone $15.000

VI.    **JURY DEMAND** (*check one box below*)

The plaintiff ☒ does ☐ ~~does not~~ request a trial by jury.    I do Request a jury Trial.

**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: July 16th 2018          *Anwan Tucker*
              (date)                      Signature of Plaintiff

222 E. Lawrence Apt 3#          Anwan K. Tucker
       Street Address                    Printed Name

Springfield, IL 62703          _____
       City, State, Zip                  Prisoner Register Number


_____
Signature of Attorney (if any)

PURPLE HEART
FOREVER USA

PURPLE HEART
FOREVER USA

PURPLE HEART

Springfield, IL P&DC 627

WED 18 JUL 2018 PM

THIS CORRESPONDENCE
IS FROM AN INMATE
OF THE
SANGAMON COUNTY
DETENTION FACILITY

MAIL CLEARED
US MARSHALS

Clerk of Court
United State District Court
Southern District of Illinois

750 Missouri Avenue
East St. Louis, IL 62201

Anwan K. Tucker
1 #Sheriff's Plaza
Springfield, IL 62701

Legal

RECEIVED

JUL 2 0 2018

CLERK, U.S. DISTRICT C   RT
SOUTHERN DISTRICT OF   NOIS
EAST ST. LOUIS OFFICE